IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARK CEDRIC BASS, | ] | |
| | ] | |
| Petitioner, | ] | |
| | ] | |
| v. | ] | 2:12-cv-3817-KOB-RRA |
| | ] | |
| WARDEN GARY HETZEL, et al., | ] | |
| | ] | |
| Respondents. | ] | |

## MEMORANDUM OPINION

The petitioner filed his habeas petition on November 6, 2012. (Doc. 1). The magistrate judge entered a report and recommendation recommending that the court TRANSFER this action to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. Section 2241(d). (Doc. 2). No parties have filed any objections.

Having considered the entire file in this action, including the Report and Recommendation, the court ADOPTS the magistrate judge's report and ACCEPTS his recommendation to transfer this action.

Accordingly, the court finds that this action should be TRANSFERRED to the United States District Court for the Middle District of Alabama, pursuant to 28 U.S.C. Section 2241(d).

The court will enter a separate order to transfer the action.

DONE and ORDERED this 6th day of December, 2012.

　　　　　　　　　　　　　　　　　　/s/ Karon O. Bowdre
　　　　　　　　　　　　　　　　　　KARON OWEN BOWDRE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE